# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2013

146830

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JERE WENDELL CLARK,
        Defendant-Appellant.

SC: 146830
COA: 307694
Antrim CC: 2011-004424-FC

_____/

On order of the Court, the application for leave to appeal the January 15, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2013



Clerk

h0918